| AO 10*<br>Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2020** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>McKee, Theodore A. | 2. Court or Organization<br><br>U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT | 3. Date of Report<br><br>02/10/2022 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br><br>5b. ✔ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>20614 U.S. COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA,<br>PA. 19106 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | GENERAL PARTNER | PUJKEE ASSOCIATES (see section viii for information)* |
| 2. | TRUSTEE | SYRACUSE UNIVERSITY |
| 3. | DIRECTOR | VERA INSTTUTE OF JUSTICE |
| 4. | BOARD OF VISITORS | TEMPLE UNIVERSITY COLLEGE OF LAW |
| 5. | BOARD OF VISITORS (honorary member) | SYRACUSE UNIVERSITY COLLEGE OF LAW |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 02/10/2022 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | ADMINISTRATIVE OFFICE OF THE PENNSYLVANIA COURTS | $12,000.00 |
| 2. | | |
| 3. | ` | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Rental Property in New York |
| 2. 2020 | ▨ salary with ▨ employer. She is employed as a health care professional doing administrative work on the execuive level. |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 02/10/2022 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 02/10/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRANSMEDICS (TMDX) | A | Dividend | J | T | Open | 8/16/20 | J | | |
| 2. JOHNSON AND JOHNSON | A | Dividend | K | T | | | | | |
| 3. CISCO | A | Dividend | J | T | | | | | |
| 4. WASHINGTON MUTUAL FUND AWSHX | A | Dividend | K | T | | | | | |
| 5. FRANKLIN FLTG RATE FAFRX | A | Dividend | K | T | | | | | |
| 6. CALVERT INCOME FUND (CFICX) | A | Dividend | J | T | | | | | |
| 7. AMERICAN EURO PACIFIC (AEGFX) | A | Dividend | J | T | | | | | |
| 8. JOHN HANCOCK MUTUAL FUND (classic value - PZFVX) SEE SECTION VIII. | A | Dividend | J | T | | | | | |
| 9. DREYFUS FUND STRUCTRED MID CAP FD CL C (DPSCX) | A | Dividend | J | T | | | | | |
| 10. TOUCHSTONE FUNDS SS CORE (SEE EXPLANATION SEC VIII) | A | Dividend | L | T | | | | | |
| 11. TOUCHSTONE FUNDS SS MID CAP A | A | Dividend | K | T | | | | | |
| 12. MONEY MARKET ACCOUNT at PNC BANK (See Sec VIII) | A | Dividend | M | T | | | | | |
| 13. INTEL (INTC) | A | Dividend | J | T | | | | | |
| 14. AMERICAN EURO PACIFIC FUND (AEPGX) | A | Dividend | L | T | | | | | |
| 15. AMERICAN CENT MID CAP VALUE INV SHS (ACMVX) | A | Dividend | J | T | | | | | |
| 16. DELAWARE VALUE FUND DDVIX | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 02/10/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17. | EATON VANCE FUND INSTITUTIONAL (EIGMX) | A | Dividend | J | T | | | | | |
| 18. | ISHARES RUSSELL 2000 GROWTH ETF (IWO) | A | Dividend | J | T | | | | | |
| 19. | MAINSTAY EPOCH GLOBAL EQUITY (EPSYX) | A | Dividend | K | T | | | | | |
| 20. | OPPENHEIMER DEV MARKETS (ODVYX) | A | Dividend | J | T | | | | | |
| 21. | OPPENHEIMER INTL GROWTH DS Y (OIGYX) | A | Dividend | | | Closed | 12/16/20 | J | B | |
| 22. | POWERSHARES FTS RAFI US 1000 ISIN (PRF) | A | Dividend | K | T | | | | | |
| 23. | T. ROWE PRICE MID CAP GROWTH (RPMGX) | A | Dividend | J | T | | | | | |
| 24. | T. ROW PRICE INTL DISCOVERY (PRIDX) | A | Dividend | J | T | | | | | |
| 25. | AMERICAN CENTURY MID CAP VALUE INV SHS (ACMVX) | A | Dividend | J | T | | | | | |
| 26. | ISHARES RUSSELL 1000 GROWTH ETF (IWF) | A | Dividend | K | T | | | | | |
| 27. | ISHARES RUSSELL 2000 GROWTH (IWO) | A | Dividend | J | T | | | | | |
| 28. | AMER CAPITAL GROWTH FUND (CWGIX) | A | Dividend | J | T | | | | | |
| 29. | AMERICAN CENTRURY MID CAP VALUE INV SHS (ACMVX) | A | Dividend | J | T | | | | | |
| 30. | ISHARESW MBS ETF ACTUAL PRICES (MBB) | A | Dividend | J | T | | | | | |
| 31. | SAME | | | | | Buy (add'l) | 1/15/20 | J | | |
| 32. | SAME | | | | | Buy (add'l) | 3/12/20 | J | | |
| 33. | SAME | | | | | Sold (part) | 4/9/20 | J | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 02/10/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34.   SAME | | | | | Buy<br>(add'l) | 10/07/20 | J | | |
| 35.   SAME | | | | | Buy<br>(add'l) | 11/05/20 | J | | |
| 36.   ISHARES 20+ YR TREAS BON ETF TLT | A | Dividend | J | T | Buy<br>(add'l) | 1/15/20 | J | | |
| 37.   SAME | | | | | Buy<br>(add'l) | 3/12/20 | | | |
| 38.   SAME | | | | | Sold<br>(part) | 4/9/20 | J | B | |
| 39.   SAME | | | | | Buy<br>(add'l) | 6/4/20 | J | | |
| 40.   SAME | | | | | Buy<br>(add'l) | 11/5/20 | J | | |
| 41.   SAME | | | | | | | | | |
| 42.   ISHARES INC CORE MSCI EMERGING<br>MKTS (IEMG) | A | Dividend | | | Sold<br>(part) | 1/15/20 | J | D | |
| 43.   SAME | | | | | Sold<br>(part) | 3/12/20 | J | | |
| 44.   SAME | | | | | Closed | 4/09/20 | J | | |
| 45.   AMERICAN WASHINGTON MUT<br>INVESTORS FUND (AWSHX) | A | Dividend | J | T | | | | | |
| 46.   FRANKLIN FLOATIG RATE DAILY<br>ACCESS (FAFRX) | A | Dividend | J | T | | | | | |
| 47.   ISHARES IBOXX $ INVT GRADE CORP<br>BD (LQD) | A | Dividend | J | T | Buy<br>(add'l) | 04/09/20 | K | | |
| 48.   SAME | | | | | Buy<br>(add'l) | 06/04/20 | J | | |
| 49.   SAME | | | | | Sold<br>(part) | 10/07/20 | J | B | |
| 50.   SAME | | | | | Buy<br>(add'l) | 11/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 02/10/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51.  ISHARES MSCI EAFE ACTUAL PRICES (EFA) | A | Dividend | J | T | Buy (add'l) | 1/15/20 | J | | |
| 52.  SAME | | | | | Buy (add'l) | 3/12/20 | J | | |
| 53.  SAME | | | | | Sold (part) | 4/9/20 | K | E | |
| 54.  SAME | | | | | Buy (add'l) | 06/04/20 | | | |
| 55.  SAME | | | | | Sold (part) | 10/07/20 | L | C | |
| 56.  SAME | | | | | Buy (add'l) | 11/5/20 | J | | |
| 57.  OPPENHEIMER INTL GROWTH FD OIGYX | A | Dividend | J | T | | | | | |
| 58.  T. ROWE PRICE REAL ESTATE FUND TRREX | A | Dividend | J | T | | | | | |
| 59.  EATON VANCE GLOBAL MACRO ABSLE TR CL I (EIGMX) | A | Dividend | J | T | | | | | |
| 60.  PIMCO REAL RETURN FUND CL 12 PRLPX | A | Dividend | J | T | | | | | |
| 61.  LORD ABBETT SHORT DURATION INCOME CL F | A | Dividend | J | T | | | | | |
| 62.  AMAZON | A | Dividend | L | T | | | | | |
| 63.  ISHARES EXPONENTIAL TECH (XT) | A | Dividend | K | T | | | | | |
| 64.  ALIBABA (BABA) | A | Dividend | K | T | Sold (part) | 03/07/20 | K | C | |
| 65.  AMERICAN TOWER (AMT) | A | Dividend | K | T | | | | | |
| 66.  TELADOC (TDOC) | A | Dividend | J | T | | | | | |
| 67.  GLOBAL X AUTONOM ELECTRIC ETF (DRIV) | A | Dividend | L | T | Buy | 1/17/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 02/10/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. SAME | | | | | Buy (add'l) | 3/20/20 | J | | |
| 69. SAME | | | | | Buy (add'l) | 05/29/20 | J | | |
| 70. AI POWERED EQUITY ETF (AIEQ) | A | Dividend | | | Closed | 11/2/20 | K | C | |
| 71. Ishares us treas bond fonnd etf (GOVT) | A | Dividend | J | T | Sold (part) | 1/15/20 | J | A | |
| 72. SAME | | | | | Sold (part) | 3/15/20 | J | B | |
| 73. SAME | | | | | Buy (add'l) | 6/4/20 | | | |
| 74. SAME | | | | | Buy (add'l) | 10/7/20 | | | |
| 75. SAME 9 SEE SECTION VIII) | | | | | Closed | 11/5/20 | J | B | |
| 76. ISHARES CORE MSCI EMERG MARKETS ETF (IEMG) | A | Dividend | | | Sold (part) | 1/15/20 | J | A | |
| 77. SAME | | | | | Sold (part) | 3/12/20 | J | A | |
| 78. SAME | | | | | Closed | 4/9/20 | J | A | |
| 79. ISHARES EDGE MSCI USA QUALITY FACTOR ETF (QUAL) | A | Dividend | | | Sold (part) | 1/15/20 | J | A | |
| 80. SAME | | | | | Buy (add'l) | 3/12/20 | J | | |
| 81. SAME | | | | | Closed | 4/9/20 | K | D | |
| 82. ISHARES EDGE MSCI MIN VOLATIITY ETF (USMV) | A | Dividend | J | T | Sold (part) | 1/14/20 | J | B | |
| 83. SAME | | | | | Closed | 5/26/20 | J | B | |
| 84. SAME | | | | | Buy (add'l) | 3/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 02/10/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. SAME | | | | | Sold (part) | 4/9/20 | K | E | |
| 86. SAME | | | | | Sold (part) | 10/07/20 | J | B | |
| 87. SAME | | | | | Buy (add'l) | 11/05/20 | J | | |
| 88. ISHARES CORE S&P 500 ETF (IVV) | A | Dividend | J | T | Sold (part) | 1/15/20 | J | A | |
| 89. SAME | | | | | Buy (add'l) | 3/12/20 | J | | |
| 90. SAME | | | | | Sold (part) | 4/9/20 | J | B | |
| 91. SAME | | | | | Sold (part) | 10/7/20 | J | B | |
| 92. SAME | | | | | Buy (add'l) | 11/05/20 | J | | |
| 93. ISHARES S&P TOTAL US STOCK MKT ETF (ITOT) | A | Dividend | | | Closed | 1/15/20 | J | A | |
| 94. ISHARES US TREAS BOND ETF (GOVT) | A | Dividend | J | T | | | | | |
| 95. ISHARES US SHORT MTURITY BOND ETF (NEAR) | A | Dividend | | | Closed | 10/07/20 | L | C | |
| 96. INTENTIONALLY LEFT BLANK | | | | | | | K | | |
| 97. PACER BENCHMARK DT AND INF FL EST ETF (SRVR) | A | Dividend | K | T | | | | | |
| 98. ALIBABA (BABA) | A | Dividend | J | T | Buy (add'l) | 2/7/20 | K | | |
| 99. SAME | | | | | Buy (add'l) | 3/6/20 | J | | |
| 100. SAME | | | | | Sold (part) | 5/7/20 | J | | |
| 101. SAME | | | | | Sold (part) | 12/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 02/10/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 102.  APPLE (AAPL) | A | Dividend | K | T | Open | 4/20/20 | J | | |
| 103.  SAME | | | | | Buy<br>(add'l) | 5/29/20 | J | | |
| 104.  SAME | | | | | Buy<br>(add'l) | 6/12/20 | J | | |
| 105.  SAME | | | | | Buy<br>(add'l) | 6/22/20 | J | | |
| 106.  SAME | | | | | Buy<br>(add'l) | 7/1/20 | J | | |
| 107.  SAME | | | | | Buy<br>(add'l) | 7/6/20 | J | | |
| 108.  SAME | | | | | Buy<br>(add'l) | 7/31/20 | J | | |
| 109.  APOLLO MEDICAL HLDGS (AMEH) | | None | | | Buy | 10/12/20 | J | | |
| 110.  SAME | | None | | | Closed | 10/20/20 | J | | |
| 111.  APTIV PLC F (APTV) | | None | J | T | Open | 8/4/20 | J | | |
| 112.  SAME | | | | | Buy<br>(add'l) | 12/15/20 | J | | |
| 113.  ARK GENOMIC REVOLUTION ETF (ARKG) | A | Dividend | J | T | Open | 1/24/20 | J | | |
| 114.  SAME | | | | | Buy<br>(add'l) | 3/20/20 | J | | |
| 115.  SAME | | | | | Buy<br>(add'l) | 7/1/20 | J | | |
| 116.  ARK INNOVATION ETF (ARKK) | A | Dividend | K | T | Open | 11/2/20 | J | | |
| 117.  ALLIANZ GL WATER FD A (AWTAX) | A | Dividend | | | Closed | 7/16/20 | J | | |
| 118.  ASTRAZENECA PLC SPONS A (AZN) | A | Dividend | | | Open | 7/17/20 | J | | |

1  Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
  (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2  Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
  (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3  Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
  (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 02/10/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 119. SAME | | | | | Closed | 7/24/20 | J | | |
| 120. BECTON DICKINSON (BDX) | A | Dividend | J | T | Open | 5/20/20 | K | | |
| 121. SAME | | | | | Sold<br>(part) | 06/29/20 | J | | |
| 122. AMPLIFY TRNSFRMTNL DATA (BLOK) | A | Dividend | J | T | Open | 12/2/20 | K | | |
| 123. SAME | | | | | Buy<br>(add'l) | 12/3/20 | J | | |
| 124. SAME | | | | | Buy<br>(add'l) | 12/14/20 | J | | |
| 125. SAME | | | | | Buy<br>(add'l) | 12/16/20 | J | | |
| 126. SAME | | | | | Buy<br>(add'l) | 12/31/20 | J | | |
| 127. BOTON TRUST WALDEN SMALL CAP<br>(BOSOX) | A | Dividend | | | Open | 4/7/20 | J | | |
| 128. SAME | | | | | Closed | 6/22/20 | J | | |
| 129. GLOBAL X ROBOTICS ARTIFICIAL<br>INTELLEG (BOTZ) | A | Dividend | K | T | Open | 1/27/20 | J | | |
| 130. SAME | | | | | Buy<br>(add'l) | 3/20/20 | J | | |
| 131. SAME | | | | | Buy | 5/29/20 | J | | |
| 132. CARA THERAPEUTICS (CARA) | | None | J | T | Open | 12/30/20 | J | | |
| 133. SPDR S7P CLEAN POWER FUND<br>(CNRG) | A | Dividend | L | T | Open | 2/4/20 | J | | |
| 134. COSTCO CORP (COST) | A | Dividend | L | T | Open | 1/13/20 | J | | |
| 135. SAME | | | | | Buy<br>(add'l) | 3/11/20 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 02/10/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. SAME | | | | | Buy | 3/13/20 | J | | |
| 137. SAME | | | | | Buy (add'l) | 3/20/20 | J | | |
| 138. CRISPR THERAPEUTICS F (CRSP) | None | | K | T | Open | 7/10/20 | J | | |
| 139. SAME | | | | | Buy (add'l) | 7/13/20 | J | | |
| 140. CROWDSTRIKE HLGS INC (CRWD) | None | | L | T | Open | 1/23/20 | J | | |
| 141. SAME | | | | | Buy (add'l) | 7/6/20 | J | | |
| 142. SAME | | | | | Buy (add'l) | 7/20/20 | J | | |
| 143. ISHARES ESG US AGGREGATE BOND FUND (EAGG) | A | Dividend | | | Open | 6/2/20 | J | | |
| 144. SAME | | | | | Buy (add'l) | 6/16/20 | J | | |
| 145. SAME | | | | | Buy (add'l) | 6/17/20 | J | | |
| 146. SAME | | | | | Buy (add'l) | 6/29/20 | J | | |
| 147. SAME | | | | | Buy (add'l) | 7/1/20 | J | | |
| 148. SAME | | | | | Buy (add'l) | 7/10/20 | J | | |
| 149. SAME | | | | | Buy (add'l) | 7/13/20 | J | | |
| 150. SAME | | | | | Buy (add'l) | 7/117/20 | J | | |
| 151. SAME | | | | | Buy (add'l) | 8/5/20 | J | | |
| 152. SAME | | | | | Buy (add'l) | 9/8/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 02/10/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 153. SAME | | | | | Buy<br>(add'l) | 9/9/20 | K | | |
| 154. SAME | | | | | Sold<br>(part) | 9/18/20 | J | A | |
| 155. SAME | | | | | Sold<br>(part) | 10/5/20 | J | A | |
| 156. SAME | | | | | Closed | 11/16/20 | K | B | |
| 157. VANGUARD ESG US STOCK ETF<br>(ESGV) | B | Dividend | L | T | Open | 1/27/20 | J | | |
| 158. SAME | | | | | Buy<br>(add'l) | 1/31/20 | J | | |
| 159. SAME | | | | | Buy<br>(add'l) | 2/24/20 | J | | |
| 160. SAME | | | | | Buy<br>(add'l) | 2/27/20 | J | | |
| 161. SAME | | | | | Buy<br>(add'l) | 3/9/20 | J | | |
| 162. SAME | | | | | Buy<br>(add'l) | 3/20/20 | J | | |
| 163. SAME | | | | | Buy<br>(add'l) | 5/29/20 | J | | |
| 164. GILEAD SCIENCES INC (GILD) | A | Dividend | | | Open | 4/29/20 | J | | |
| 165. SAME | | | | | Closed | 7/1/20 | J | A | |
| 166. ETFMG PRIME CYBERSECURITY EGF<br>(HACK) | A | Dividend | K | T | Open | 1/22/20 | J | | |
| 167. SAME | | | | | Buy<br>(add'l) | 3/20/20 | J | | |
| 168. ROBO GLBL HEALTHCR TECH AND<br>INOVATION (HTEC) | A | Dividend | K | T | Open | 10/27/20 | J | | |
| 169. SAME | | | | | Buy<br>(add'l) | 11/2/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 02/10/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170.  SAME | | | | | Buy (add'l) | 11/19/20 | J | | |
| 171.  SAME | | | | | Buy (add'l) | 12/23/20 | J | | |
| 172.  SAME | | | | | Buy (add'l) | 12/16/20 | J | | |
| 173.  ISHARES GOLD ETF (IAU) | | None | K | T | Open | 10/5/20 | J | | |
| 174.  SAME | | | | | Buy (add'l) | 10/7/20 | J | | |
| 175.  SAME | | | | | Buy (add'l) | 10/13/20 | J | | |
| 176.  SAME | | | | | Buy (add'l) | 10/30/20 | J | | |
| 177.  SAME | | | | | Buy (add'l) | 11/2/20 | J | | |
| 178.  SAME | | | | | Buy (add'l) | 11/16/20 | J | | |
| 179.  SAME | | | | | Buy (add'l) | 11/18/20 | J | | |
| 180.  SAME | | | | | Buy (add'l) | 12/2/20 | J | | |
| 181.  SAME | | | | | Buy (add'l) | 12/3/20 | J | | |
| 182.  IDRIV | A | Dividend | J | T | Open | 10/14/20 | J | | |
| 183.  INFINERA CORP (INFN) | | None | J | T | Open | 12/7/20 | J | | |
| 184.  SAME | | | | | Buy (add'l) | 12/11/20 | J | | |
| 185.  SAME | | | | | Buy (add'l) | 12/16/20 | J | | |
| 186.  INOVIO PHARMA (INO) | | | | | Open | 4/7/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 02/10/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 187. SAME | | | | | Buy<br>(add'l) | 11/12/20 | J | | |
| 188. SAME | | | | | Buy<br>(add'l) | 12/22/20 | J | | |
| 189. KENSINGTON CAPITAL ACQ CLASS<br>(KCAC) (SEE SECTION VIII) | A | None | J | T | Open | 10/20/20 | J | | |
| 190. SAME | | | | | Buy<br>(add'l) | 11/06/20 | J | | |
| 191. SAME | | | | | Buy<br>(add'l) | 11/11/20 | J | | |
| 192. SAME | | | | | Buy<br>(add'l) | 11/13/20 | J | | |
| 193. GLOBAL X LITHIUM BATTERY TECH<br>(LIT) | | None | K | T | Open | 8/3/20 | J | | |
| 194. SAME | | | | | Buy<br>(add'l) | 8/6/20 | J | | |
| 195. SAME | | | | | Buy<br>(add'l) | 9/21/20 | J | | |
| 196. SAME | | | | | Buy<br>(add'l) | 10/7/20 | J | | |
| 197. LIVONGO HEATHCARE (LVGO) (SEE<br>SECTION VIII) | | None | J | T | Buy<br>(add'l) | 6/12/20 | J | | |
| 198. SAME | | | | | Closed | 11/04/20 | J | | |
| 199. MATTHEWS CHINA DIVIDEND FUND<br>INV (MCDFX) | A | Dividend | | | Open | 1/13/20 | J | | |
| 200. SAME | | | | | Closed | 4/20/20 | J | A | |
| 201. MEDALLIA INC (MDLA) | | None | | | Open | 2/11/20 | J | | |
| 202. SAME | | | | | Buy<br>(add'l) | 3/20/20 | J | | |
| 203. SAME | | | | | Closed | 6/22/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 02/10/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. MEDTRONIC PLC F (MDT) | A | Dividend | | | Open | 3/6/20 | J | | |
| 205. SAME | | | | | Buy (add'l) | 3/9/20 | J | | |
| 206. SAME | | | | | Buy (add'l) | 3/20/20 | J | | |
| 207. SAME | | | | | Closed | 7/10/20 | J | A | |
| 208. MORGAN STANLEY INTL ADVANTAGE (MFAPX) | A | Dividend | | | Open | 1/6/20 | J | | |
| 209. SAME | | | | | Closed | 4/20/20 | J | A | |
| 210. MFS MASS INV GROWTH STOCK A (MIGFX) | | None | | | Open | 1/6/20 | J | | |
| 211. SAME | | | | | Closed | 6/22/20 | J | A | |
| 212. MODERNA INC (MRNA) | A | Dividend | | | Open | 4/29/20 | J | | |
| 213. MRNA | | | | | Closed | 12/28/20 | J | D | |
| 214. MICROSOFT (MSFT) | A | Dividend | L | T | Open | 2/4/20 | J | | |
| 215. SAME | | | | | Buy (add'l) | 3/9/30 | J | | |
| 216. SAME | | | | | Buy (add'l) | 3/11/20 | J | | |
| 217. SAME | | | | | Buy (add'l) | 3/20/20 | J | | |
| 218. CLOUDFARE (NET) | | None | K | T | Open | 8/19/20 | J | | |
| 219. SAME | | | | | Buy (add'l) | 9/25/20 | J | | |
| 220. SAME | | | | | Buy (add'l) | 09/14/20 | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 02/10/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. SAME | | | | | Buy (add'l) | 10/14/20 | J | | |
| 222. NANO X IMAGING LTD F (NNOX) | A | Dividend | K | T | Open | 9/14/20 | J | | |
| 223. SAME | | | | | Buy (add'l) | 10/8/20 | J | | |
| 224. SAME | | | | | Buy (add'l) | 10/12/20 | J | | |
| 225. SAME | | | | | Buy (add'l) | 12/3/20 | J | | |
| 226. NOVOCURE LTD F (NVCR) | A | Dividend | J | T | Open | 7/10/20 | J | | |
| 227. | | | | | Buy (add'l) | 7/13/20 | J | | |
| 228. PARNASSUS MID CAP FUND (PARMX) (SEE SECT VIII) | A | Dividend | | | Open | 12/19/19 | J | | |
| 229. | A | Dividend | | | Closed | 09/22/20 | J | A | |
| 230. P.G. & E. CORP. ( PCG) | A | Dividend | K | T | Open | 8/4/20 | J | | |
| 231. | | | | | Buy (add'l) | 11/2/20 | J | | |
| 232. INVESCO SMALLCAP INFORMATION FUND (PSCT) | A | Dividend | K | T | Open | 2/4/20 | J | | |
| 233. SAME | | | | | Buy (add'l) | 2/23/20 | J | | |
| 234. SAME | | | | | Buy (add'l) | 3/6/20 | J | | |
| 235. SAME | | | | | Buy (add'l) | 3/13/20 | J | | |
| 236. SAME | | | | | Buy (add'l) | 3/30/20 | J | | |
| 237. FT NAS CL ED ETF DV (QCLN) | A | Dividend | K | T | Open | 1/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 02/10/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 238.  SAME | | | | | Buy<br>(add'l) | 2/4/20 | J | | |
| 239.  SAME | | | | | Buy<br>(add'l) | 7/16/20 | J | | |
| 240.  QUANTUMSCAPE CORP CLASS A (QS)<br>(SEE SECT VIII) | A | Dividend | L | T | Open | 11/27/20 | J | | |
| 241. | | | | | Sold<br>(part) | 12/31/20 | K | E | |
| 242.  STARBUCKS CORP (SBUX) | A | Dividend | | | Open | | J | | |
| 243.  SAME | | | | | Buy<br>(add'l) | 3/6/20 | J | | |
| 244.  SAME | | | | | Buy<br>(add'l) | 3/9/20 | J | | |
| 245.  SAME | | | | | Closed | 7/6/20 | J | A | |
| 246.  FIRST TRUST CLOUD COMPUTING<br>ETF (SKYY) | A | Dividend | J | T | Open | 3/20/20 | J | | |
| 247.  SAME | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 248.  SAME | | | | | Buy<br>(add'l) | 06/20/20 | J | | |
| 249.  SAME | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 250.  SAME | | | | | Buy<br>(add'l) | 7/13/20 | J | | |
| 251.  SAME | | | | | Buy<br>(add'l) | 08/03/20 | J | | |
| 252.  SAME | | | | | Buy<br>(add'l) | 10/07/20 | J | | |
| 253.  PACER BNCHMRK DT AND INFR RL<br>(SRVR) | A | Dividend | L | T | Buy<br>(add'l) | 1/6/20 | J | | |
| 254.  SAME | | | | | Buy<br>(add'l) | 1/23/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 02/10/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 255.  SAME | | | | | Buy<br>(add'l) | 3/13/20 | J | | |
| 256.  SAME | | | | | Buy<br>(add'l) | 11/11/20 | J | | |
| 257.  INVESCO SOLAR ETF (TAN) | A | Dividend | K | T | Open | 10/20/20 | J | | |
| 258.  SAME | | | | | Buy<br>(add'l) | 11/5/20 | J | | |
| 259.  SAME | | | | | Buy<br>(add'l) | 11/12/20 | J | | |
| 260.  SAME | | | | | Buy<br>(add'l) | 12/3/20 | J | | |
| 261.  SAME | | | | | Buy<br>(add'l) | 12/15/20 | J | | |
| 262.  SAME | | | | | Buy<br>(add'l) | 12/21/20 | J | | |
| 263.  TELEDOC INC (TDOC) | A | Dividend | L | T | | | | | |
| 264.  WORKHORSE GRP INC (WKHS) | A | Dividend | K | T | Open | 12/7/20 | J | | |
| 265.  SAME | | | | | Buy<br>(add'l) | 12/11/20 | J | | |
| 266.  SAME | | | | | Buy<br>(add'l) | 12/22/20 | J | | |
| 267.  SAME | | | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 268.  TECHNOLOGY SEECT SPECTOR SPDR (XLK) | A | Dividend | | | Open | 1/23/20 | J | | |
| 269.  SAME | | | | | Closed | 4/20/20 | J | | |
| 270.  ISHARES EXPONENTIAL TECHNOLOGY ETF (XT) | A | Dividend | K | T | Buy<br>(add'l) | 12/14/20 | J | | |
| 271.  ZOOM VIDEO COMMUNICATIONS (ZM) | A | Dividend | K | T | Open | 9/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 02/10/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 272.  SAME | | | | | Buy<br>(add'l) | 9/30/20 | J | | |
| 273.  SAME | | | | | Buy<br>(add'l) | 10/8/20 | J | | |
| 274.  SAME | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 275.  SAME | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 276.  SAME | | | | | Buy<br>(add'l) | 11/12/20 | J | | |
| 277.  SAME | | | | | Sold<br>(part) | 11/16/20 | J | | |
| 278.  SAME | | | | | Sold<br>(part) | 12/8/20 | J | | |
| 279.  SAME | | | | | Sold<br>(part) | 12/14/20 | J | | |
| 280.  TIAA-CREF (SEE SEC VIII) | | | | | | | | | |
| 281. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

2020

SECTION I - POSITIONS
I contiue to list Pujkee Assoc as explained in prior reports. However, the 4 unit residential dwelling that was the sole assest of that informal ▨ partnership was sold in 2019.  Thus, the partnership continues in name only.

SECTION VII LINE 7 - NOTE CORRECTED TICKER FOR JOHN HANCOCK CLASSIC VALUE CL A FUND (PZFVX)

SECTION VII LINE 9 - TOUCHSTONE FUNDS WERE PREVIOUSLY REPORTED AS SENTINEL FUNDS.  I NOTED THE NAME CHANGE ON MY 2019 FDR.

SECTION VII LINE 171  -  KENSINGTON CAPITQL ACQ WAS A SPAC THAT I PURCHASED IN ANTICIPATION OF IT LATER ACQUIRING QUANTUM SPACE (QS) A DEVELOPER AND MANACTURER OF BATTERIES FOR EVS.

SECTION VII LINE 204 (PARNASSUS  MID CAP FUND (PARMX) - IN PREPARING THIS YEAR'S REPORT, I DISCOVERED THAT THIS INVESTMENT WAS INADVERTENTLY OMITTED FROM MY 2019 FDR. I AM REPORTING IT HERE WHICH IS WHY THE ENTRY FOR PURCHASING THE OPENING POSITION IS LAST YEAR.

SECTION VII LINE  217 - QUANTUMSCAPE (QS): THIS COMPANY WAS CREATED FROM KENSINGTON CAPITAL ACQUISICTION - A SPAC - AS LISTED HERE ON LINE 171. THE SOFTWARE DOES NOT ALLOW ME TO ENTER THE LINE NUMBER I N THE SPINOFF WINDOW THAT POPPED UP WHEN I TRID TO ENTER "BUY" "SPINOFF" UNDER COLUMN D1.  I AM THEREFORE REPORTING THIS AS AN ACQUISITION, "OPEN." HOWEVER, NOTE THAT BECAUSE THIS COMPANY WAS CREATED USING A SPAC (KCAC), I AM NOT SURE THAT IT IS REALLY A SPINOFF N THE TRADITIONAL SENSE. THE BROKERGE CATEGORIZES IT AS A "MERGER" I AM COMPLETING THE COLUMNS UNDER D3 AND D4 AS THOUGH THERE WAS NO "GAIN"

SECTION VII LINE 179 (LVGO) - LIVONGO MERGED WITH TELEDOC (TDOC) ON NOVEMBVER 4/2020. WE ALREADY OWNED SHARES OF TDOC AS REPORTED ON LINE  56. (ALSO LISTED ON LINE 254).  I FOR THE 111/4 MERGER DATE I SIMPLY MARKED THE POSITOIN "CLOSED" AS THE SOFTWARE DOES NOT ALLOW ME TO ENTER ANY DATA IN TO THE "MERGED WITH LINE" WINDOW THAT POPS UP. I ASSUME THIS WILL BE FIXED FOR FUTURE VERSIONS OF THIS SOFTWARE.

SECTION VII LINE 258 TIAA-CREFF  IN PAST YEARS I HAVE BEEN ABLE TO LIST THE INVESTMENTS HELD AT TIAA-CREFF. AS EXPLAINED, THESE ACCOUNTS WERE NOT ACCOUNTS THAT WE EXERCISED ANY CONTROL OVER. RATHER, WE WOULD SIMPLY TELL OUR ACCT REP THE LEVEL OF RISK AND OBJECTIVE AND TIAA-CREF THEN PUT TOGETHER A PORTFOLIO. WE WERE NOT THEREAFTER CONSULTED ON ANY SPECIFIC TRADES OTHER THAN A PERIODIC (QUARTERLY) REVEIW OF OUR INVESTMENT/RETIREMENT OBJECTIVE.S.  OUR ACCT REP HAS SINCE LEFT TIAA-CREF TO FORM HIS OWN COMPANY AND THE ACCT REP WHO TOOK HIS PLACE HAS NOT BEEN EASY TO REACH. ACCORDINGLY, I DO NOT NOW HAVE THAT INFORMATION. I HAVE REQUESTED IT AND WILL FILE AN AMENDED FDR ONCE I HAVE THAT INFORMATION.

SECTION VII LINE 12- I HAVE DECLARED THE INSTITUTION WHERE OUR MONEY MARKET FUND IS HELD AS REQUESTED. I HAVE PREVIOUSLY EXPRESSED CONCERN OVER ANY INTERPRETATION OF DISCLOSURE REQUIREMENTS THAT RESULTS IN DISCLOSURE OF SPECIFIC INSTITUTIONS WHERE WE DO BANKING.   THAT CONCERN HAS ONLY INCREASED. I CONTINUE TO APPRECIATE THE IMPORTANCE OF DISCLOSING INFORMATION WHICHASSURES THE PUBLIC THAT OUR ACTIONS ARE IN NO WAY INFLUENCED BY PERSONAL GAIN. CLEARL, DISCLOSING COMPANIES AND INSTITUTIONS THAT WE HAVE A FINANCIAL INTEREST IN IS CONSISTENT WTIH THAT OBJECTIVE AND ADVANCES IT. HOWEVER, WHETHER WE HAVE ACCOUNTS AT A GIVEN INSTITUTION IN NO WAY ADVANCES THAT LAUDABLE OBJECTIVE.

SECTION VII, LINE 75. THE LETTER OF JANUARY 11, 2O22  STATES  THAT I "LISTED TEH SALE OR DISPOSITON OF [GOVT]" ON LINE 75 AND INCORRECTLY COMPLETED COLULMN C WHICH WAS NOT NECESSARY BECAUSE I DID NOT HOLD GOVT AT THE END OF THE REPORTING YEAR. HOWEVER, THAT IS AN ERROR IN YOUR AUDIT. I DID NOT COMPLETE ANY COLUMN IN SECTION C FOR GOVT ON LINE 75. ACCORDINGLY, I HAVE NOT MADE ANY CHANGE TO LINE 75

SECTION VII, LINE 280 (TIAA-CREF) I AM ENTERING BELOW THE INVESTMENTS THAT WERE HELD AT ANYTIME IN OUR TIAA-CREFF ACCOUNTS. AS I HAVE EXPLAINED, WE DO NOT EXERCISE ANY CONTROL OVER THOSE ACCOUNTS. RATHER, WE MEET ONCE OR TWICE A YEAR WITH OUR CREFF ADVISOR AND CONFIRM INVETMENT OBJECTIVES AND RISK TOLERANCE. WE ARE NOT CONSULTED BEFORE OR AFTER ANYTRADES ARE MADE AND WE ARE NOT INFORMED OF WHAT IS HELD IN THE ACCOUNT UNLESS WE MAKE A SPECIFIC INQUIRY.  NONE WAS MADE DURING 2020.  THE SOFTWARE DOES NOT ALLOW ME TO PASTE THE INFORMATION INTO THIS REPORT AND I WILL THEREFORE INDIVIDUALLY TYPE THE TICKER SUYMBOL AS OPPOSED TO THE FULL NAME OF THE ASSETS HELD IN TIAA DURING 2020:

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 02/10/2022 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

TIAA TRADITOINAL
TIAA REAL ESTATE
CREF BOND MARKET R2
VANG TTL MKT IDX ADM
T-C LFCYCE IDX 2015 RTMT
VANGUARD TTL BD MKT IDX ADM
CREF STOCK R2
CREF GLOBAL EQUITIES R2
TIAA REAL ESTATE
CREF BOND MARKET R2
CREF STOCK R2
CREF MONEY MARKET R2
CREF LINF-LINKED BOND R2

PLEASE NOTE:   THE TIAA CREF HOLDINGS ARE              AND HELD IN A SAVINGS PLAN. AS OF NOVEMBER 24, 2020 TIAA CREF TRANSFERRED ALMOST ALL OF        PLAN WERE TRANSFERRED TO THE UNIVERSITY OF PENNSYLVANIA RETIREMENT SAVINGS PLAN. IN ADDITION, I DO NOT HAVE ANY MORE INFORMATION FOR ANY OF THESE ASSETS.  NOTE, HOWEVER, THAT THE COMBINED INCOME FOR       TIAA CREF/UNIV. OF PA. SAVINGS PLAN AT THE END OF 2020 WAS VALUE CODE "J."

I HOPE THIS IS SATISFACTORY TO THE COMMITTEE. AS I HAVE SAID NUMEROUS TIMES, WE DO NOT EXERCISE ANY CONTROL OVER THE TIAA CREF/UNIV OF PA SAVINGS PLAN ACCOUNT.  YOUR LETTER SUGGEST THAT THE COMMITTEE MAY NOW WANT ADDITONAL INFORMATION FOR SOME OF THESE ASSETS, SUCH AS INDIVIDUAL STOCKS OR BONDS IN A PARTICULAR FUND. FRANKLY, I DO NOT HAVE ANY WAY OF RETRIEVING THAT AND I DOUBT THAT OUR ACCOUNT REP HAS ANY WAY OF RETRIEVING IT. AS I AM SURE YOU APPRECIATE, THE HOLDINGS IN THESE FUNDS IS NOT A CONSTANT. I WO0ULD HAVE TO CONTACT THE INDIVDUAL FUND FOR WHICH YOU INDICATE YOU MAY WANT A BREAK DOWN OF HOLDINGS, AND TRY TO HAVE THE MANAGERS THERE ASCERTAIN WHAT ASSETS WERE IN THE FUND AS OF CERTAIN DATES . I AM NOT THE LEAST BIT SURE I COULD GET THAT INFORMATION FROM THE  FUNDS AND I AM EVEN MORE CERTAIN THAT THE ACCOUNT MANAGER WHO HANDLES THE FEW ASSETS REMAINING AT TIAA CREF WOULD BE ABLE TO OR BE WILLING TO.  ACCORDINGLY, I AM HOPING THAT THIS SUBMISSION SATISFIES THE REPORTING REQUIREMENTS. FRANKLY, THERE IS NOT MUCH MORE THAT I CAN DO  TO COMPLY.

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 02/10/2022 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Theodore A. McKee**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544